# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SODANO,<br>    Petitioner, | No. 1:20-CV-02103 |
| v. | (Judge Rambo) |
| STEPHEN SPAULDING,<br>    Respondent. | |

## ORDER

In accordance with the accompany Memorandum Opinion, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

S/Sylvia H. Rambo
United States District Judge

Dated: April 27, 2021